P.O. Box 47238
Oak Park, MI 48237

**Encore**
receivable management inc.
400 N Rogers Rd * PO Box 3330 * Olathe KS 66063-3330
Telephone: FL

ADDRESS SERVICE REQUESTED

March 12 2007

CONV0400
#BWNNCHH
#0000000011686201#
REFUGIO P HUIZAR
913 TINSLEY ST APT D303
PALO ALTO CA    94303-2593



| | |
|---|---|
| **Creditor:** | GE Money Bank |
| Re: | Mervyns Credit Card |
| Account #: | 6045891168395051 |
| Balance: | $32896-0013 |

Dear REFUGIO P HUIZAR:

The above referenced account has been referred to our office for collection. Previous attempts have been made by our client to resolve this debt voluntarily. As of this date, those attempts have been ignored.

Encore Receivable Management, Inc. has been authorized by our client to resolve this debt and we are committed to provide the necessary effort to properly collect this debt. We recommend that you take advantage of this opportunity to pay the balance in full to prevent further collection activity.

Please detach the lower portion of this notice and return with your payment in the enclosed envelope.

Note: If payment has already been made, please notify this office at FL to avoid further communications.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose.

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

ENCORE RECEIVABLE MANAGEMENT, INC. ● 400 N Rogers Rd. ● PO Box 3330 ● Olathe KS 66063-3330 ● FL

---
*** Detach Lower Portion and Return With Payment ***

| | |
|---|---|
| **Creditor:** | GE Money Bank |
| Re: | Mervyns Credit Card |
| Account #: | 6045891168395051 |
| Balance: | $32896-0013 |

**EXHIBIT 1**

CONV0400
#BWNNCHH
#0000000011686201#
REFUGIO P HUIZAR
913 TINSLEY ST APT D303
PALO ALTO CA    94303-2593

Mervyns Credit Card
P.O. Box 960013
Orlando

(QESP)40:T036:012616:001:1000:07072:PL58:CONV001:01:

P.O. Box 47248
Oak Park, MI 48237

ADDRESS SERVICE REQUESTED

CONV0400
#BWNNCHH
#000000011686201#
REFUGIO P HUIZAR
913 TINSLEY ST APT D303
PALO ALTO CA    94303-2593

**03/14/2007 ROYAL OAK MI 480

Re: Mervyn's

Encore receivable management rile

PRESORTED
FIRST CLASS



US POSTAGE
$00.30⁸
ZIP 48220
MAR 13 2007
21 2745940



AAYZSM3 94303