

**Encore** Receivable Management, Inc.
A CONVERGYS COMPANY

March 28, 2007

Client:      GE Money Bank
Re:         Mervyns Credit Card
Account #:  6045891168395051

Dear REFUGIO P HUIZAR,

As a result of a recent programming error, we recently sent you a letter containing incorrect information.

First we would like to express our sincere apology. We do not take errors lightly, and we want to assure you the issue has been corrected.

Please disregard the original letter you received. Enclosed is a replacement letter that contains the correct information.

If you require further clarification, a special number has been made available for you at 888-556-3349. Or, please write us at the return address.

Sincerely,
Paula Gearin
Encore RMI

EXHIBIT 2

400 N. Rogers Road • Olathe, KS 66062
(888) 556-3349 phone

CONV777

P.O. Box 47248
Oak Park, MI  48237

**Encore**
receivable management inc.
400 N Rogers Rd * PO Box 3330 * Olathe KS 66063-3330
Telephone: 866-652-3138

ADDRESS SERVICE REQUESTED

March 26 2007

CONV0400
#BWNNCHH
#0000000011686201#
REFUGIO P HUIZAR
913 TINSLEY ST APT D303
PALO ALTO CA    94303-2593



| | |
|---|---|
| **Creditor:** | **GE Money Bank** |
| Re: | Mervyns Credit Card |
| Account #: | 6045891168395051 |
| Balance: | $389.00 |

IIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIII

Dear REFUGIO P HUIZAR:

The above referenced account has been referred to our office for collection. Previous attempts have been made by our client to resolve this debt voluntarily.  As of this date, those attempts have been ignored.

Encore Receivable Management, Inc. has been authorized by our client to resolve this debt and we are committed to provide the necessary effort to properly collect this debt. We recommend that you take advantage of this opportunity to pay the balance in full to prevent further collection activity.

Please detach the lower portion of this notice and return with your payment in the enclosed envelope.

Note: If payment has already been made, please notify this office at 866-652-3138 to avoid further communications.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose.

ENCORE RECEIVABLE MANAGEMENT, INC. ● 400 N Rogers Rd. ● PO Box 3330 ● Olathe KS 66063-3330 ● 866-652-3138

*** Detach Lower Portion and Return With Payment ***

| | |
|---|---|
| **Creditor:** | **GE Money Bank** |
| Re: | Mervyns Credit Card |
| Account #: | 6045891168395051 |
| Balance: | $389.00 |

GE Money/
Mervyns Credit Card
P.O. Box 960013
Orlando FL 32896-0013

CONV0400
#BWNNCHH
#0000000011686201#
REFUGIO P HUIZAR
913 TINSLEY ST APT D303
PALO ALTO CA    94303-2593

(QESP)40:T003:000543:001:1000:07086:PN56:CONV777:01:

P.O. Box 47248
Oak Park, MI 48237

ADDRESS SERVICE REQUESTED

CONV0400
#BWNNCHH
#0000000011686201#
REFUGIO P HUIZAR
913 TINSLEY ST APT D303
PALO ALTO CA  94303-2593

BAYZSM3 94303

PRESORTED
FIRST CLASS



US POSTAGE
$00.308
MAR 30 2007
ZIP 48220
0000064
21 2745940