1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California 95113-2403
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   REFUGIO PINEDO HUIZAR

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| REFUGIO PINEDO HUIZAR,<br><br>              Plaintiff,<br><br>v.<br><br>ENCORE RECEIVABLE MANAGEMENT, INC., a Kansas corporation,<br><br>              Defendant. | Case No. C07-04404-EMC<br><br>**NOTICE OF UNAVAILABILITY OF COUNSEL** |

**NOTICE IS HEREBY GIVEN TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD** that Plaintiff's counsel, FRED W. SCHWINN, is unavailable on the following dates:

    October 25, 2007, through November 11, 2007, inclusive.

    March 30, 2008, through April 19, 2008, inclusive.

   Counsel will be unavailable for any purpose whatsoever, including but not limited to, receiving notices of any kind, responding to ex-parte applications, appearing in court or attending depositions.

                                          CONSUMER LAW CENTER, INC.

Dated: October 2, 2007                    By: /s/ Fred W. Schwinn
                                              Fred W. Schwinn, Esq.
                                              Attorney for Plaintiff
                                              REFUGIO PINEDO HUIZAR

---

NOTICE OF UNAVAILABILITY OF COUNSEL                         Case No. C07-04404-EMC