Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2403
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
REFUGIO PINEDO HUIZAR

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| REFUGIO PINEDO HUIZAR,<br><br>             Plaintiff,<br><br>v.<br><br>ENCORE RECEIVABLE MANAGEMENT, INC., a Kansas corporation,<br><br>             Defendants. | Case No. C07-04404-EMC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

COMES NOW the Plaintiff, REFUGIO PINEDO HUIZAR, by and through counsel, Fred W. Schwinn of the Consumer Law Center, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1), respectfully notifies this Court that Plaintiff, REFUGIO PINEDO HUIZAR, hereby dismisses, with prejudice, all claims made by him against Defendant, ENCORE RECEIVABLE MANAGEMENT, INC., in his Complaint filed herein on August 27, 2007. Plaintiff further notifies the Court that his dispute with Defendant has been settled.

                                                                    CONSUMER LAW CENTER, INC.


                                                                    By: /s/ Fred W. Schwinn
                                                                         Fred W. Schwinn, Esq.
                                                                         Attorney for Plaintiff
                                                                         REFUGIO PINEDO HUIZAR